# ALABAMA COURT OF CRIMINAL APPEALS



September 13, 2024

**CR-2022-1209**
J.E.Z. v. State of Alabama (Appeal from Jefferson Circuit Court: CC-16-2984.60)

## <u>NOTICE</u>

You are hereby notified that on September 13, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk